IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT SIPE, | § | |
| Plaintiff, | § § § | |
| v. | § | Case No. 3:18-CV-1165-S-BT |
| MICHAEL NORRIS, et al., | § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 6, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**, this 29th day of March, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

1